# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| TAMOIYA N. TAYLOR,<br>*on behalf of son, I.C.T.,* | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 3:11-CV-01015-K |
| COMMISSIONER OF THE SOCIALSECURITY ADMINISTRATION | § § § § | |
| Defendant. | § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Commissioner's decision is **AFFIRMED** and Plaintiff's Complaint is dismissed with prejudice.

**SO ORDERED.**

**Signed** this 9th day of July, 2012.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE